AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greene, John Thomas | United States District Court - Utah | March 24, 2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ___ Nomination, Date _____  <br> ___ Initial  _X_ Annual  ___ Final | 1/1/05-12/31/05 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 350 South Main Street #447 <br> Salt Lake City, UT 84101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✔ **NONE** (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✔ **NONE** (No reportable agreements.) | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ✔ **NONE** (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✔ **NONE** (No reportable non-investment income.) | |
| | |

*(stamp)* RECEIVED 2006 APR -3 P 3: 28 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | March 24, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☑ NONE (No such reportable reimbursements.) |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☐ NONE (No such reportable gifts.) |  |  |
|   | Current and Former Law Clerks | Gift Certificate for Vacation in honor of Judge's 20th year on the Bench | $ 700.00 |
| 2 |  |  | $ |
| 3 |  |  | $ |
| 4 |  |  | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☑ NONE (No reportable liabilities.) |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Brokerage Account #1 (Prudential) (Dormant Account) | | | | | | | | | |
| 2  May Dept. Stores (delivered) | A | Dividend | | | Merger Fed. | 9/22 | J | C | |
| 3  Federated Dept. Stores | A | Dividend | J | T | Merger May | 9/22 | J | | |
| 4  J.C. Penny (delivered) | A | Dividend | J | T | | | | | |
| 5  Brokerage Acct #2 (AG Edwards) | | | | | | | | | |
| 6  – Money Market - Pershing Gov. | A | Interest | J | T | | | | | |
| 7  – Conagra Foods, Inc. | A | Dividend | J | T | Partial Sale | 7/29 | J | A | |
| 8  – Geoworks, Inc. | | None | J | T | | | | | |
| 9  – Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 10  – Yum Brands, Inc. | A | Dividend | J | T | Partial Sale | 7/29 | J | B | |
| 11  – Freescale Semiconductor, Inc. | | None | J | T | Buy | 2/7 | J | | |
| 12  – Certegy, Inc. | A | Dividend | J | T | | | | | |
| 13  – Lucent Technologies | | None | J | T | | | | | |
| 14  – Motorola, Inc. | A | Dividend | J | T | | | | | |
| 15  – Agere Systems, Inc. (Class B) | A | Dividend | J | T | | | | | |
| 16  – Ameron Cap Strategies | A | Dividend | J | T | Buy | 7/29 | J | | |
| 17  IRA #1 (Equitable Life - Equivest) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 – Equitable Life Money Market | A | Interest | J | T | Partial Redemption | 12/6 | J | None | |
| 19 – Aggressive Stock Fund - Equivest | A | Dividend | J | T | | | | | |
| 20 – Alliance Common stock | A | Dividend | J | T | | | | | |
| 21 – EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 22 – EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 23 – EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 24 – EQ/Putnum Growth & Income | A | Dividend | J | T | | | | | |
| 25 – EQ/ FI Small/ Mid Cap Value | A | Dividend | J | T | | | | | |
| 26 – EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 27 – EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 28 IRA #2 (AG Edwards) | | | | | | | | | |
| 29 – Centenial Money Market | A | Interest | J | T | | | | | |
| 30 – Avaya, Inc. Stock | A | Dividend | J | T | | | | | |
| 31 – Dell Computer Stock | A | Dividend | J | T | | | | | |
| 32 – Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 33 – Lucent Technology Stock | | None | J | T | | | | | |
| 34 – Motorola Inc. Stock | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35  – Pfizer Inc. Stock | A | Dividend | J | T | | | | | |
| 36  – Nabors Industries Stock | A | Dividend | J | T | | | | | |
| 37  – USX Marathon stock | A | Dividend | J | T | | | | | |
| 38  – Dynegy Inc. | A | Dividend | J | T | | | | | |
| 39  IRA #3 Morgan Stanley (previously Zions Investment Securities - all assets transferred) | | | | | | | | | |
| 40  – Pershing Money Fund | A | Interest | J | T | | | | | |
| 41  – MFS Utility Fund | A | Dividend | J | T | | | | | |
| 42  – Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 43  – Franklin US Govt. Fund | A | Dividend | K | T | | | | | |
| 44  – Eaton Vance World Health Fund | A | Dividend | J | T | | | | | |
| 45  – Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 46  AXP Tax Exempt Fund | A | Dividend | J | T | Sold | 9/12 | J | A | |
| 47  AARP - Tax Free Muni Bond Fund (Scudder Management) | A | Dividend | J | T | | | | | |
| 48  AARP - Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 49  AARP - Growth & Income Fund | A | Dividend | J | T | Sold | 9/6 | J | A | |
| 50  Alliance Growth & Income Fund | A | Dividend | J | T | | | | | |
| 51  Alliance Technology Fund | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 AIM Charter Fund | A | Dividend | J | T | | | | | |
| 53 Mass Investors Growth Stock Fund | A | Dividend | J | T | | | | | |
| 54 Brokerage Account #3 (Morgan Stanley) | | | | | | | | | |
| 55 – Sun America Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 56 – Aquila Tx Fr Tr Utah C | A | Interest | J | T | Buy | 12/6 | J | | |
| 57 – MMF & Bank Deposits | A | Interest | J | T | Opened Acct. | 12/6 | J | | |
| 58 Pepco Holdings Stock | A | Dividend | J | T | Partial Sale | 9/16 | J | A | |
| 59 Glaxo Welcome - Smith Klein Stock | A | Dividend | J | T | | | | | |
| 60 Hewlitt-Packer | A | Dividend | J | T | | | | | |
| 61 Walgreens Stock | A | Dividend | J | T | | | | | |
| 62 Equifax, Inc. Stock | A | Dividend | J | T | | | | | |
| 63 Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 64 Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 65 General Electric Stock | A | Dividend | J | T | | | | | |
| 66 Goodyear Tire & Rubber Stock | A | Dividend | J | T | | | | | |
| 67 J.P. Morgan Chase | A | Dividend | J | T | Buy | 5/19 | J | | |
| 68 U.S. Govt. EE Series Bonds | A | Interest | K | T | Buy | ea/mo | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 U.S. Treasury T-Bills | C | Interest | M | T | Buy | 4/7 - 11/17 | L | | |
| 70 2-year Treasury Note | A | Interest | J | T | | | | | |
| 71 10-year Treasury Note | A | Interest | J | T | | | | | |
| 72 Wells Fargo Market Based Acct. | A | Interest | | | Closed Acct. | 9/8 | J | None | |
| 73 Zions First National Bank - Money Market & Checking | A | Interest | J | T | Withdrawal | 4/7- 11/17 | K | None | |
| 74 Associated Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 75 Beehive Credit Union | A | Interest | J | T | Withdrawal | 4/7- 11/17 | K | None | |
| 76 SEI Investments ▮▮▮ | A | Interest | K | T | | | | | |
| 77 Zions Bank Checking ▮▮▮ | A | Interest | J | T | | | | | |
| 78 Zions Bank - Ultimate CD ▮▮▮ | A | Interest | K | T | | | | | |
| 79 ▮▮▮ Trust ▮▮▮ | | None | J | T | | | | | |
| 80 Brokerage Acct #4 ▮▮▮ (Morgan Stanley) | | | | | | | | | |
| 81 — Aquila Tx Fr Tr Utah C ▮▮▮ | A | Interest | J | T | Buy | 12/2 | J | | |
| 82 — Franklin Income C ▮▮▮ | A | Interest | J | T | Buy | 12/2 | J | | |
| 83 — Franklin Mutual Beacon C ▮▮▮ | A | Dividend | J | T | Buy | 12/2 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date March 24, 2006

NOTE: A███████████████████████████WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

AO-10 (WP)
Rev. 1/2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br>Greene, John Thomas | 2. Court or Organization<br>United States District Court - Utah | 3. Date of Report<br>May 4, 2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final<br>5b. __X__ Amended Report | 6. Reporting Period<br>1/1/05-12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br>350 South Main Street #447<br>Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION        NAME OF ORGANIZATION/ENTITY

[✔] **NONE** (No reportable positions.)

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE        PARTIES AND TERMS

[✔] **NONE** (No reportable agreements.)

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE        SOURCE AND TYPE        INCOME

### A. Filer's Non-Investment Income

[✔] **NONE** (No reportable non-investment income.)

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[✔] **NONE** (No reportable non-investment income.)

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✔ | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | Current and Former Law Clerks | Gift Certificate for Vacation in honor of Judge's 20th year on the Bench | $ 700.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✔ | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-50,000,000     P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | May 4, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Brokerage Account #1 (Prudential) (Dormant Account) | | | | | | | | | |
| 2  May Dept. Stores (delivered) | A | Dividend | | | Merger Fed. | 9/22 | J | C | |
| 3  Federated Dept. Stores | A | Dividend | J | T | Merger May | 9/22 | J | | |
| 4  J.C. Penny (delivered) | A | Dividend | J | T | | | | | |
| 5  Brokerage Acct #2 (AG Edwards) | | | | | | | | | |
| 6  – Money Market - Pershing Gov. | A | Interest | J | T | | | | | |
| 7  – Conagra Foods, Inc. | A | Dividend | J | T | Partial Sale | 7/29 | J | A | |
| 8  – Geoworks, Inc. | | None | J | T | | | | | |
| 9  – Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 10  – Yum Brands, Inc. | A | Dividend | J | T | Partial Sale | 7/29 | J | B | |
| 11  – Freescale Semiconductor, Inc. | | None | J | T | Buy | 2/7 | J | | |
| 12  – Certegy, Inc. | A | Dividend | J | T | | | | | |
| 13  – Lucent Technologies | | None | J | T | | | | | |
| 14  – Motorola, Inc. | A | Dividend | J | T | | | | | |
| 15  – Agere Systems, Inc. (Class B) | A | Dividend | J | T | | | | | |
| 16  – Ameron Cap Strategies | A | Dividend | J | T | Buy | 7/29 | J | | |
| 17  IRA #1 (Equitable Life - Equivest) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period<br>(1)<br>Amt. Code1<br>(A-H) | (2)<br>Type (e.g., div., rent or int.) | C.<br>Gross value at end of<br>reporting period<br>(1)<br>Value Code2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure<br>(2)<br>Date: Month-Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  – Equitable Life Money Market | A | Interest | J | T | Partial Redemption | 12/6 | J | None | |
| 19  – Aggressive Stock Fund - Equivest | A | Dividend | J | T | | | | | |
| 20  – Alliance Common stock | A | Dividend | J | T | | | | | |
| 21  – EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 22  – EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 23  – EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 24  – EQ/Putnum Growth & Income | A | Dividend | J | T | | | | | |
| 25  – EQ/ FI Small/ Mid Cap Value | A | Dividend | J | T | | | | | |
| 26  – EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 27  – EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 28  IRA #2 (AG Edwards) | | | | | | | | | |
| 29  – Centenial Money Market | A | Interest | J | T | | | | | |
| 30  – Avaya, Inc. Stock | A | Dividend | J | T | | | | | |
| 31  – Dell Computer Stock | A | Dividend | J | T | | | | | |
| 32  – Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 33  – Lucent Technology Stock | | None | J | T | | | | | |
| 34  – Motorola Inc. Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 — Pfizer Inc. Stock | A | Dividend | J | T | | | | | |
| 36 — Nabors Industries Stock | A | Dividend | J | T | | | | | |
| 37 — USX Marathon stock | A | Dividend | J | T | | | | | |
| 38 — Dynegy Inc. | A | Dividend | J | T | | | | | |
| 39 IRA #3 Morgan Stanley (previously Zions Investment Securities - all assets transferred) | | | | | | | | | |
| 40 — Pershing Money Fund | A | Interest | J | T | | | | | |
| 41 — MFS Utility Fund | A | Dividend | J | T | | | | | |
| 42 — Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 43 — Franklin US Govt. Fund | A | Dividend | K | T | | | | | |
| 44 — Eaton Vance World Health Fund | A | Dividend | J | T | | | | | |
| 45 — Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 46 AXP Tax Exempt Fund | A | Dividend | J | T | Sold | 9/12 | J | A | |
| 47 AARP - Tax Free Muni Bond Fund (Scudder Management) | A | Dividend | J | T | | | | | |
| 48 AARP - Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 49 AARP - Growth & Income Fund | A | Dividend | J | T | Sold | 9/6 | J | A | |
| 50 Alliance Growth & Income Fund | A | Dividend | J | T | | | | | |
| 51 Alliance Technology Fund | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 AIM Charter Fund | A | Dividend | J | T | | | | | |
| 53 Mass Investors Growth Stock Fund | A | Dividend | J | T | | | | | |
| 54 Brokerage Account #3 (Morgan Stanley) | | | | | | | | | |
| 55 – Sun America Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 56 – Aquila Tx Fr Tr Utah C | A | Interest | J | T | Buy | 12/6 | J | | |
| 57 – MMF & Bank Deposits | A | Interest | J | T | Opened Acct. | 12/6 | J | | |
| 58 Pepco Holdings Stock | A | Dividend | J | T | Partial Sale | 9/16 | J | A | |
| 59 Glaxo Welcome - Smith Klein Stock | A | Dividend | J | T | | | | | |
| 60 Hewlitt-Packer | A | Dividend | J | T | | | | | |
| 61 Walgreens Stock | A | Dividend | J | T | | | | | |
| 62 Equifax, Inc. Stock | A | Dividend | J | T | | | | | |
| 63 Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 64 Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 65 General Electric Stock | A | Dividend | J | T | | | | | |
| 66 Goodyear Tire & Rubber Stock | A | Dividend | J | T | | | | | |
| 67 J.P. Morgan Chase | A | Dividend | J | T | Buy | 5/19 | J | | |
| 68 U.S. Govt. EE Series Bonds | A | Interest | K | T | Buy | ea/mo | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 U.S. Treasury T-Bills | C | Interest | M | T | Buy | 4/7 - 11/17 | L | | |
| 70 2-year Treasury Note | A | Interest | J | T | | | | | |
| 71 10-year Treasury Note | A | Interest | J | T | | | | | |
| 72 Wells Fargo Market Based Acct. | A | Interest | | | Closed Acct. | 9/8 | J | None | |
| 73 Zions First National Bank - Money Market & Checking | A | Interest | J | T | Withdrawal | 4/7-11/17 | K | None | |
| 74 Associated Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 75 Beehive Credit Union | A | Interest | J | T | Withdrawal | 4/7-11/17 | K | None | |
| 76 SEI Investments (joint acct) (managed by acct advisors) | | | | | | | | | See Note in Part VIII |
| 77 – Tax Free Fund for Utah - Y | A | Interest | J | T | | | | | |
| 78 – High Yield Bond Fund | A | Interest | J | T | | | | | |
| 79 – Eaton Vance Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 80 – Potomac Contrabond Fund | A | Dividend | J | T | | | | | |
| 81 – Hussman Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 82 – Managed Volatility Fund | A | Dividend | J | T | | | | | |
| 83 – Alpha Hedged Stategies Fund | A | Dividend | J | T | | | | | |
| 84 – Gateway Fund | A | Dividend | J | T | | | | | |
| 85 – PIMCo Commodity Realreturn Strtgy Fund | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 86 – SEI Real Estate Fund | A | Dividend | J | T | | | | | |
| 87 – Profunds Bull Fund Investor Shares | A | Dividend | J | T | | | | | |
| 88 – International Equity Fund | A | Dividend | J | T | | | | | |
| 89 – Permanent Portfolio | A | Dividend | J | T | | | | | |
| 90 – Institutional Tax-Free Fund | A | Interest | J | T | | | | | |
| 91 – Cash Balance | A | Interest | J | T | | | | | |
| 92 Zions Bank Checking ▮ | A | Interest | J | T | | | | | |
| 93 Zions Bank - Ultimate CD ▮ | A | Interest | K | T | | | | | |
| 94 ▮ Trust ▮ - ½ owner) | | None | J | T | | | | | |
| 95 – Bank Account w/ Zions Bank | | None | J | T | | | | | |
| 96 Brokerage Acct #4 ▮ (Morgan Stanley) | | | | | | | | | |
| 97 – Aquila Tx Fr Tr Utah C ▮ | A | Interest | J | T | Buy | 12/2 | J | | |
| 98 – Franklin Income C ▮ | A | Interest | J | T | Buy | 12/2 | J | | |
| 99 – Franklin Mutual Beacon C ▮ | A | Dividend | J | T | Buy | 12/2 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

SEI Investments

In regard to Part VII, page 5, line 76, listed as "SEI Investments ███████ (managed by acct advisors)", each of the assets listed under SEI are within widely held mutual funds which are subject to change periodically at the discretion of our investment advisors.

The aggregate of all of the components was originally reported simply as "SEI Investments." The components as they existed on 12/31/05 are now reported. (Each produced income less than $1000 [A]).

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████  Date May 4, 2006

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544